# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| | ) | **ORDER RE SUBSTITUTION OF** |
| Plaintiff, | ) | **COUNSEL** |
| | ) | |
| vs. | ) | |
| | ) | Case No.: 1:13-cr-017 |
| Joshua James Schauer, | ) | |
| | ) | |
| Defendant. | ) | |

Chris Bellmore, Assistant Federal Public Defender for the District of North Dakota, is **GRANTED** leave to withdraw. Attorney Thomas Jackson is appointed to represent defendant and shall be substituted as counsel of record.

**IT IS SO ORDERED.**

Dated this 17th of October, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court